AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| GUERRIN SAINTIL | ) | Case No: | 07-00144-001 |
| | ) | USM No: | 09790-003 |

Date of Original Judgment: January 7, 2008
Date of Previous Amended Judgment: January 13, 2012
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The court has already reduced the defendant's sentence based on the Fair Sentencing Act of 2010, and he is not entitled to a further reduction based on the arguments presented in his motion.

Except as otherwise provided, all provisions of the judgment dated January 13, 2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 29, 2013

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*